| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | MARIA CONCECIAO MIRANDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00127 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MARIA CONCECIAO MIRANDA, | DATE: September 9, 2014 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney and defendant MARIA CONCECIAO MIRANDA by and through her counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for July 22, 2014 be continued to September 9, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 9, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 15, 2014                                  Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Benjamin Galloway*
                                                      BENJAMIN GALLOWAY
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      MARIA CONCECIAO MIRANDA

DATED: July 15, 2014                                  BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Heiko Coppola*
                                                      HEIKO COPPOLA
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 9, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the July 22, 2014 status conference shall be continued until September 9, 2014, at 9:30 a.m.

DATED: July 15, 2014

                                                      /s/ JOHN A. MENDEZ
                                                      HON. JOHN A. MENDEZ
                                                      United States District Court Judge