1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  Benjamin D. Galloway, #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   ben_galloway@fd.org
5

6  Attorney for Defendant
   Maria Conceciao Miranda
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 2:14-CR-00127 JAM

12              Plaintiff,               STIPULATION AND  ORDER
                                         TO CONTINUE STATUS CONFERENCE
13        v.

14  Maria Conceciao Miranda,             DATE:       June 2, 2015
                                         TIME        9:15 a.m.
15              Defendant.               JUDGE:      Hon. John A. Mendez

16

17        IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

18  through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather

19  Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway,

20  attorney for Maria Conceciao Miranda, that the status conference scheduled for April 28, 2015

21  be vacated and continued to June 2, 2015 at 9:15 a.m.

22        Defense counsel requires additional time to review discovery with the defendant and

23  pursue investigation, as well as continue negotiations toward a non-trial disposition.

24        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25  excluded of this order's date through and including June 2, 2015;  pursuant to 18 U.S.C. §3161

26  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

27  upon continuity of counsel and defense preparation.

28  ///

                                         -1-

DATED: April 21, 2015                     Respectfully submitted,
                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Benjamin D. Galloway*
                                          Benjamin D. Galloway
                                          Assistant Federal Defender
                                          Attorney for Maria Conceciao Miranda

DATED: April 21, 2015                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Benjamin D. Galloway for*
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 2, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 28, 2015 status conference shall be continued until June 2, 2015, at 9:15 a.m.

Dated: April 21, 2015                     /s/ John A. Mendez_____
                                          Hon. John A. Mendez.,
                                          United States District Court Judge