HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA CONCECIAO MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-127 JAM |
| Plaintiff, | RELEASE ORDER |
| v. | Date: November 17, 2015 |
| MARIA CONCECIAO MIRANDA, | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

On November 17, 2015 this Court sentenced the defendant, MARIA CONCECIAO MIRANDA to time served. Therefore, Ms. Miranda should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that MARIA CONCECIAO MIRANDA be released from federal custody in the above-captioned case, immediately.

Dated: November 17, 2015

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

-1-