1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO.  2:14-CR-0127 JAM

13                     Plaintiff,        STIPULATION SETTING RESTITUTION
                                         AMOUNT;  FINDINGS AND ORDER
14          v.
                                         DATE: January 19, 2016
15  MARIA MIRANDA,                       TIME: 9:30 a.m.
                                         COURT: Hon. John A. Mendez
16                     Defendant.

17

18                              **STIPULATION**

19

20          1.     On November 17, 2015, following imposition of sentence, the Court set a restitution

21  hearing for January 19, 2016, which is within the 90 day time limit contemplated by 18 U.S.C.

22  § 3664(d)(5).

23          2.     The parties conferred as to the restitution amount to be imposed. The United States

24  provided counsel for Ms. Miranda with additional information in support of the amount of restitution to

25  be imposed.

26  ///

27  ///

28  ///

3.      By this stipulation, the parties now move this Court for an order setting the amount of restitution owed by the defendant in this case at $1566.50

IT IS SO STIPULATED.

Dated:  January 15, 2016

BENJAMIN B. WAGNER
United States Attorney


/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney


Dated:  January 15, 2016

/s/ BENJAMIN GALLOWAY
BENJAMIN GALLOWAY
Counsel for Defendant
MARIA MIRANDA


### FINDINGS AND ORDER

1.  The Court accepts the stipulation of the parties.

2.  The Court orders the defendant, as a condition of her sentence to pay $1,566.00 in restitution as a result of her conviction.

3.  Payment is to be made to the Clerk of this Court or as otherwise directed by the defendant's United States Probation Officer.

IT IS SO FOUND AND ORDERED this 15th day of January,  2016


/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE